UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) | |
| | ) | Case No. 20-cr-0520-MMA |
| v. | ) ) | |
| | ) | **ORDER GRANTING JOINT MOTION** |
| RUBEN GUIZAR CAMACHO, | ) ) | **TO CONTINUE MOTION HEARING/TRIAL SETTING** |
| | ) | |
| Defendant. | ) | [Doc. No. 26] |
| | ) ) | |
| | ) | |

Upon due consideration, good cause appearing, the Court **GRANTS** the parties' joint motion to continue the motion hearing/trial setting previously scheduled for March 24, 2021.  Accordingly, based on the facts set forth in the parties' joint motion and pursuant to 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and **RESETS** the motion hearing/trial setting for **May 5, 2021 at 2:00 p.m**. in Courtroom 3D.

   **IT IS SO ORDERED**.

DATE: March 17, 2021

_____
   Hon. Michael M. Anello
   United States District Judge